IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CYNTHIA ANDERSON,

    Plaintiff,

v.     No.  2:11-cv-00049 LAM/CG

BLUE CROSS OF IDAHO,

    Defendant.

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF SAMUEL A. DIDDLE

**THIS MATTER** comes before the Court on Defendant's *Motion for Admission Pro Hac Vice of Samuel A. Diddle*, (Doc. 7). Having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, the Court finds the motion to be well-taken.

**IT IS THEREFORE ORDERED** that Defendant's *Motion for Admission Pro Hac Vice of Samuel A. Diddle*, (Doc. 7), be **GRANTED**. Samuel A. Diddle, of the law firm of Eberle, Berlin, Turnbow, McKlveen Chartered, 1111 W. Jefferson Street, Suite 530, P.O. Box 1368, Boise, Idaho 83701-1368, sdiddle@eberle.com, is hereby admitted to practice *pro hac vice* with resident attorney Jennifer A. Noya of the law firm Modrall Sperling Roehl Harris & Sisk, P.A., in the above-styled and numbered civil action.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By:  */s/ Jennifer A. Noya*
    Jennifer A. Noya
    500 Fourth Street NW, Suite 1000
    P.O. Box 2168 (87103)
    Albuquerque, NM 87102
    Telephone: 505.848.1881
    Facsimile: 505.848.1899

    *Attorneys for Defendant*


Approved as to Form:

JEFFREY DIAMON LAW FIRM

By:  *Telephonic Approval 6/9/2011*
    Jeffrey Diamond
    323 W. Mermod St.
    P.O. Box 1866
    Carlsbad, NM 88221-1866